```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-18-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Xuedan Wang,

                                   Plaintiff(s),

      -against-

Fenton Fallon Corp. and Dana Lorenz,

                                   Defendant(s).
-----------------------------------------------------------x

12 Civ. 5188 (PKC)

ORDER OF DISMISSAL

P. KEVIN CASTEL, U.S. District Judge:

        The Court having been advised that all claims asserted herein have been settled, it is

        **ORDERED,** that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

                                                        _____
                                                               P. Kevin Castel
                                                        United States District Judge

Dated:   New York, New York
            September 17, 2012